JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

GURKAN SOYKAN,

               Petitioner,

    v.

KRISTI NOEM, et. al.,

               Respondents.

Case No. EDCV 25-0877-DSF(AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: March 6, 2026

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE